**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

KINSALE INSURANCE COMPANY,

Plaintiff,

v. CASE NO. 4:26cv294-RH-MAF

MILITANT SECURITY, LLC et al.,

Defendants.

_________________________________/

**ORDER REQUIRING DISCLOSURE STATEMENT**

As required by Federal Rule of Civil Procedure 7.1 and paragraph 7 of the initial scheduling order entered August 27, 2026, the defendant Militant Security, LLC must file its corporate disclosure statement, which is past due.

SO ORDERED on September 21, 2026.

s/Robert L. Hinkle
United States District Judge