**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

KINSALE INSURANCE COMPANY,

Plaintiff,

v. CASE NO. 4:26cv294-RH-MAF

MILITANT SECURITY, LLC et al.,

Defendants.

_________________________________/

**ORDER DENYING THE DUPLICATIVE MOTION TO DISMISS**

The defendant Militant Security, LLC has filed again the same motion to dismiss that has already been denied. *Compare* ECF No. 17 *with* ECF No. 24. This was probably just a processing error of the kind that sometimes bedevils electronic filing.

IT IS ORDERED:

1. The duplicative motion to dismiss, ECF No. 24, is denied.

2. Militant must promptly file its answer.

SO ORDERED on October 6, 2026.

s/Robert L. Hinkle
United States District Judge